# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carl Rutherford, Jr. (21-51788), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21-cv-4381 |
| v. | ) | |
| | ) | Hon. Franklin U. Valderrama |
| | ) | |
| Mr. Santarelli, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By Order dated November 17, 2021, the Court directed Plaintiff to pay the full $402 filing fee if he wished to proceed with this case [15]. The Court warned Plaintiff that failure to comply with the Order by December 16, 2021 would result in summary dismissal of this case. To date, Plaintiff has not responded to the Court's Order. Accordingly, this case is dismissed without prejudice for Plaintiff's failure to comply with the Court's Order of November 17, 2021. The Court directs the Clerk of Court to terminate all pending motions as moot. Case closed.

Date: January 5, 2022

_____
United States District Judge
Franklin U. Valderrama